IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:18cr643 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| vs. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| DERRICK BERNARD CUNNINGHAM | ) | 28 U.S.C. § 2461(c) |
| a/k/a "Derrick Renick," | ) | |
| a/k/a "Derrick Rennick," | ) | |
| a/k/a "Derrick Bernard Rennick," | ) | INDICTMENT |
| a/k/a "Rennick," | ) | |
| a/k/a "Shorty" | ) | |

**RECEIVED JUN 2 6 2018 FLORENCE, S.C.**

## COUNT 1

**THE GRAND JURY CHARGES:**

That on or about May 26, 2018, in the District of South Carolina, the Defendant, **DERRICK BERNARD CUNNINGHAM, a/k/a "Derrick Renick," a/k/a "Derrick Rennick," a/k/a "Derrick Bernard Rennick," a/k/a "Rennick," a/k/a "Shorty,"** having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, that is, a Jimenez .380 caliber handgun, and ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, an offense punishable by imprisonment for more than one year, the Defendant, **DERRICK BERNARD CUNNINGHAM, a/k/a "Derrick Renick," a/k/a "Derrick Rennick," a/k/a "Derrick Bernard Rennick," a/k/a "Rennick," a/k/a "Shorty,"** shall forfeit to the United States all of the Defendant's right, title and interest in

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    (1) involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States;

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant, **DERRICK BERNARD CUNNINGHAM, a/k/a "Derrick Renick," a/k/a "Derrick Rennick," a/k/a "Derrick Bernard Rennick," a/k/a "Rennick," a/k/a "Shorty,"** for the offense charged in this Indictment includes, but is not limited to, the following:

(a) Firearm
Jimenez .380 caliber handgun
(Serial Number 364349)

(b) Ammunition
Miscellaneous rounds of .380 caliber ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A __True Bill__ BILL

███████████████████
FOREPERSON

_Sherri A. Lydon_
SHERRI A. LYDON (LLH)
UNITED STATES ATTORNEY